No. 1031, Misc.  COOPER *v.* PATE, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 1034, Misc.  SEARS *v.* WALKER, WARDEN, ET AL. Supreme Court of Louisiana.  Certiorari denied.

No. 1035, Misc.  IN RE HITCHCOCK.  C. A. 9th Cir. Certiorari denied.

No. 530, Misc.  FARLEY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 954, Misc.  GAITAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Walter L. Gerash* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 81.  GRIGGS *v.* ALLEGHENY COUNTY, *ante,* p. 84;

No. 690.  NUNN, RECEIVER, ET AL. *v.* FELTINTON ET AL., *ante,* p. 817;

No. 737, Misc.  ANDERTEN *v.* UNITED STATES, 368 U. S. 1004; and

No. 825, Misc.  LEACH ET AL. *v.* FLORIDA, 368 U. S. 1005.  Petitions for rehearing denied.

No. 1081, Misc.  EX PARTE LEE, *ante,* p. 816.  Petition for rehearing denied.  MR. JUSTICE BLACK took no part in the consideration or decision of this application.